UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x

TIMOTHY BARNES,  Civil Action No:
2:23-cv-12241

                 Plaintiff,

   -v.-

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC,

                 Defendants.

---------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL AS TO TRANSUNION, LLC**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Transunion, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Transunion, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 23, 2023                                              Respectfully Submitted,

                                                                       */s/Yaakov Saks*
                                                                       Yaakov Saks, Esq.
                                                                       **Stein Saks, PLLC**
                                                                       One University Plaza
                                                                       Hackensack, NJ 07601
                                                                       Ysaks@steinsakslegal.com
                                                                       Tel. 201-282-6500
                                                                       Fax 201-282-6501
                                                                       *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 23rd day of October, 2023          Respectfully Submitted,

                                                         */s/ Yaakov Saks*
                                                         Yaakov Saks