UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

----------------------------------------------------------------------------x

TIMOTHY BARNES,

                       Plaintiff,

   -v.-

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC,

                       Defendants.

----------------------------------------------------------------------------x

Civil Action No:
2:23-cv-12241

## NOTICE OF VOLUNTARY DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant, Equifax Information Services, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 26, 2024

                                          Respectfully Submitted,

                                          */s/Yaakov Saks*
                                          Yaakov Saks, Esq.
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          Ysaks@steinsakslegal.com
                                          Tel. 201-282-6500
                                          Fax 201-282-6501
                                          *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 26th day of March, 2024                Respectfully Submitted,

                                               */s/ Yaakov Saks*
                                               Yaakov Saks