UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x
TIMOTHY BARNES,                                     Civil Action No:
                                                    2:23-cv-12241
                    Plaintiff,

    -v.-

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC,

                    Defendants.
---------------------------------------------------------------------------x

## **JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Experian Information Solutions, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 15, 2024

| For Plaintiff Timothy Barnes | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Mark D. Kundmueller*<br>Mark D. Kundmueller<br>Troutman Pepper Hamilton Sanders LLP<br>222 Central Park Ave Suite 2000<br>Virginia Beach, VA 23462<br>Ph: (757) 687-7586<br>Mark.Kundmueller@troutman.com |

## CERTIFICATE OF SERVICE

I certify that on May 15, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*