UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIMOTHY BARNES,

       Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendant.

Case No. 23-cv-12241
Hon. Matthew F. Leitman

_____/

## ORDER FOR DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that Experian Information Solutions, Inc. is dismissed with prejudice with each party to bear their respective costs and attorney's fees.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126